**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAWRENCE BATTLE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 01-2213 (JR) |
| : | |
| NORMAN Y. MINETA, Secretary of : | |
| Transportation, : | |
| : | |
| Defendant. : | |

## ORDER

For the reasons set forth in the accompanying memorandum, the motion of defendant Secretary of Transportation for summary judgment [49] is **granted**. Plaintiff's motions for summary judgment [51] and for sanctions [56] are **denied**.

JAMES ROBERTSON
United States District Judge