# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LAWRENCE BATTLE, :
               Plaintiff, :
  v. :Civil Action No. 01-2213 (JR)
                :
NORMAN Y. MINETA, :
Secretary of Transportation, :
               Defendant. :

## MOTION TO REOPEN AND REINSTATE

NOW COMES Mr. Lawrence Battle, by way of counsel herein moves for entry of an Order to reopen and reinstate the case per Fed.R.Civ.P. 60 (b). For cause Mr. Battle states that documents detailing accommodations provided Ms. Patricia Myers constitute "newly discovered evidence" and are dispositive of the issues raised at the complaint.

Mr. Battle files herewith a memorandum in support and the personnel file of Ms. Patricia Myers.

                                                 Respectfully submitted,

                                                 /s/_____
                                                 E. Scott Frison, Jr., Esq.
                                                 Bar No. 478092
                                                 2465 Alabama Ave., SE
                                                 Washington, DC 20020
                                                 202-678-8100 (fax)
                                                 240-398-9293 (phone)

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on ____ day of _____, 200__ I did cause to be electronically filed a copy of the plaintiff's motion to reopen and reinstate  and did cause the same to be mailed via first class mail to:

Oliver McDaniel
Assistant Attorney General
U.S. Attorney's Office for the District of Columbia
Civil Division, 10th Floor
555 Fourth Street, NW
Washington, DC 20001
202-616-0739

/s/_____
E. Scott Frison, Jr., Esq.